## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**Chambers of**
**Richard D. Bennett**
**United States District Judge**
**Northern Division**

**U.S.Courthouse - Chambers 5D**
**101 W. Lombard Street**
**Baltimore, MD 21201**
**Tel:  410-962-3190**
**Fax: 410-962-3177**

May 24, 2021

### <u>LETTER ORDER</u>

TO COUNSEL OF RECORD

    RE:    *USA v. Joseph Edward Liberto*
            <u>Criminal No. RDB-19-0600</u>

Dear Counsel:

This will confirm the telephone conference of today.  By agreement of counsel, the schedule is revised as follows:

| | |
|---|---|
| **Motions Hearing** | **June 24, 2021 at 11:00 a.m.**<br>(if needed) |
| **Pretrial Conference** | **June 29, 2021 at 3:00 p.m.** |
| **Jury Trial** | **July 7, 2021 at 9:30 a.m.**<br>(It is anticipated that this trial will last for 2 weeks.) |

Although informal in format, this letter nonetheless constitutes an order of court and the Clerk is directed to docket it as such.

    Sincerely,

    /s/

Richard D. Bennett
United States District Judge#