# EXHIBIT 1



**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

| | |
|---|---|
| *Jefferson M. Gray*<br>*Assistant United States Attorney*<br>*Jefferson.M.Gray@usdoj.gov* | *Suite 400*   *DIRECT: 410-209-4915*<br>*36 S. Charles Street*  *MAIN: 410-209-4800*<br>*Baltimore, MD 21201-3119* *FAX: 410-962-3091* |

June 22, 2021

Martin S. Himeles, Esq.
Alicia L. Shelton, Esq.
Zuckerman Spaeder LLP
100 East Pratt Street
Baltimore, MD 21202

Re: *United States v. Joseph Liberto*
   Criminal No. RDB-19-0600
   Discovery Production 6

Dear Counsel:

   Pursuant to the discovery agreement in the above-captioned case, the accompanying production consists of pdf documents with a bates range of USA-019246 - 019639, which have been uploaded to USAFx. Please note that all but 22 pages of this production were previously produced in the February 4, 2020 (PROD 1) or March 23, 2020 (PROD 2) productions.

   As we have discussed, during the course of our recent pre-trial preparation, we decided to double-check to verify that every document in the Sierra Construction job files related to the indictment counts (which were kept in our office here) had previously been produced. We further determined that the job files relating to the charged counts should be rescanned in color, and the manila job file folders should be rescanned if the previously produced versions were missing the job file number or any text or notations, particularly on the inside of the folder.

   As set forth the table below, our review identified 22 pages that had not previously been produced (copies of these pages are attached). These relate to 11 of the 31 substantive counts: numbers 3, 8, 9-10, 12, 14, 16, 22, 23, 25, and 28. In the table below, we have also identified any duplicate items from the previous productions that we have removed.

| Count | PROD_BEGDOC | PROD_ENDDOC | Previous Bates Range / Production | NOTES |
|---|---|---|---|---|
| Count 02 #<br>32731406 | USA-019246 | USA-019258 | USA-016479 – 016491 / PROD 1<br>USA-017901 – 017913 / PROD 2 | •   Nothing new |
| Count 03 #<br>35277735 | USA-019259 | USA-019268 | USA-016492 – 016503 / PROD 1<br>USA-018043 – 018055 / PROD 2 | •   New page 9 of 10 |
| Count 04 #<br>32777738 | USA-019269 | USA-019282 | USA-016504 – 016516 / PROD 1<br>USA-018063 – 018075 / PROD 2 | •   Nothing new, except folder scan |

| | | | | |
|---|---|---|---|---|
| Count 05 # 32900277 | USA-019283 | USA-019294 | USA-016517 – 016521 / PROD 1 USA-018076 – 018090 / PROD 2 | • Previous production had three duplicated images (18077 – 18079) |
| Count 06 # 32898671 | USA-019295 | USA-019308 | USA-016522 – 016527 / PROD 1 USA-018091 – 018104 / PROD 2 | • Nothing new, just better folder image • With Color |
| Count 07 # 32978774 | USA-019309 | USA-019320 | USA-016528 – 016539 / PROD 1 USA-018105 – 018116 / PROD 2 | • Nothing new, except folder scan |
| Count 08 # 33305631 | USA-019321 | USA-019334 | USA-016540 – 016548 / PROD 1 USA-018117 – 018126 / PROD 2 | • New pages 11-14 of 14 |
| Count 09 # 33609075 | USA-019335 | USA-019346 | USA-016549 – 016559 / PROD 1 USA-018127 – 018137 / PROD 2 | • Nothing new except inside folder cover, page 2 of 12 |
| Count 10 # 33590713 | USA-019347 | USA-019357 | USA-016560 – 016568 / PROD 1 USA-017804 – 017813 / PROD 2 | • Nothing new except inside folder cover, page 2 of 11 |
| Count 11 # 33508495 | USA-019358 | USA-019374 | USA-016569 – 016581 / PROD 1 USA-017814 – 017829 / PROD 2 | • USA-017829 is a duplicate of page 6 of 16 • New Scan has better folder image, including inside folder |
| Count 12 # 33438136 & 33438138 | USA-019375 | USA-019397 | USA-016592 – 016600 / PROD 1 USA-017830 – 017839 / PROD 2 | • New pages 11-13 of 23 • New page 17 of 23 |
| Count 13 # 33711551 | USA-019398 | USA-019407 | USA-016601 – 016610 / PROD 1 USA-017840 – 017849 / PROD 2 | • Nothing new, except folder scan |
| Count 14 # 33638612 | USA-019408 | USA-019418 | USA-016611 – 016619 / PROD 1 USA-017850 – 017859 / PROD 2 | • USA-017856 is duplicate of page 2 of 10 • New pages 10 and 11 of 11 |
| Count 15 # 33939106 | USA-019419 | USA-019433 | USA-016620 – 016631 / PROD 1 USA-017860 – 017874 / PROD 2 | • Nothing new, except folder scan |
| Count 16 # 33898240 | USA-019434 | USA-019442 | USA-016632 – 016636 / PROD 1 USA-017875 – 017882 / PROD 2 | • New page 9 of 9 |
| Count 17 # 35075963 | USA-019443 | USA-019451 | USA-016637 – 016645 / PROD 1 USA-017883 – 017891 / PROD 2 | • Nothing new, just in color |
| Count 18 # 35078304 | USA-019452 | USA-019460 | USA-016646 – 016654 / PROD 1 USA-018138 – 018146 / PROD 2 | • Nothing new |
| Count 19 # 35177568 | USA-019461 | USA-019469 | USA-016655 – 016663 / PROD 1 USA-017892 – 017900 / PROD 2 | • Nothing new, just in color |
| Count 20 # 35080237 | USA-019470 | USA-019478 | USA-016664 – 016672 / PROD 1 USA-017914 – 017922 / PROD 2 | • Nothing new, just in color |
| Count 21 # 35262800 | USA-019479 | USA-019488 | USA-016673 – 016682 / PROD 1 USA-017923 – 017932 / PROD 2 | • Nothing new, just in color |
| Count 22 # 35036031 | USA-019489 | USA-019505 | USA-016683 – 016692 / PROD 1 USA-017933 – 017948 / PROD 2 | • Inside folder cover new, page 2 |
| Count 23 # 35381594 | USA-019506 | USA-019522 | USA-016693 – 016705 / PROD 1 USA-017949 – 017961 / PROD 2 | • Inside folder new, page 2 |

| | | | | |
|---|---|---|---|---|
| | | | | • New pages 15-17 of 17<br>• In color |
| Count 24  #<br>35469809 | USA-019523 | USA-019530 | USA-016706 – 016713 / PROD 1<br>USA-017962 – 017978 / PROD 2 | • Previous produced file contained documents that were not a part of original file |
| Count 25  #<br>35381257 | USA-019531 | USA-019544 | USA-016714 – 016721 / PROD 1<br>USA-017979 – 017992 / PROD 2 | • Previous file contained duplicate image, page 4<br>• New page 12 of 14 |
| Count 26  #<br>35775539 | USA-019545 | USA-019553 | USA-016722 – 016727 / PROD 1<br>USA-017993 – 018001 / PROD 2 | • Nothing new |
| Count 27  #<br>35817347 | USA-019554 | USA-019572 | USA-016728 – 016738 / PROD 1<br>USA-018002 – 018015 / PROD 2 | • Better scan of folder<br>• New scan contains the same three photos again at end of file |
| Count 28  #<br>35469754 | USA-019573 | USA-019590 | USA-016739 – 016744 / PROD 1<br>USA-018016 – 018031 / PROD 2 | • Better scan of folder<br>• New scans of inside folder, page 2-3 of 18 |
| Count 29  #<br>35878242 | USA-019591 | USA-019602 | USA-016745 – 016750 / PROD 1<br>USA-018032 – 018042 / PROD 2 | • Nothing new, except folder scan |
| Count 30  #<br>35982676 | USA-019603 | USA-019609 | USA-016751 – 016757 / PROD 1<br>USA-018056 – 018062 / PROD 2 | • Nothing new, except folder scan |
| Count 31  #<br>35982503 | USA-019610 | USA-019628 | USA-016767 – 016780 / PROD 1<br>USA-018153 – 018183 / PROD 2 | • Nothing new, except folder scan |
| Count 32  #<br>36107067 | USA-019629 | USA-019639 | USA-017793 – 017803 / PROD 2 | • Nothing new |

Note that the foregoing materials are of a private nature containing personal information which the government and all parties have a responsibility to protect from unneeded disclosure. Consequently, the foregoing materials are being provided to you on the condition that they not be copied, except for use by counsel, and that no copy will be provided to any defendant or to anyone outside counsel's office, absent prior approval by the government.  (As previously agreed upon, defense counsel may provide copies of these to their client so that he can review them as his residence.)

Please do not hesitate to contact us if you have any questions.

Very truly yours,

Jonathan Lenzner
Acting United States Attorney

_____/s/_____
Jefferson M. Gray
Assistant United States Attorney

3