# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**Chambers of**  
**Richard D. Bennett**  
**United States District Judge**  
**Northern Division**

**U.S.Courthouse - Chambers 5D**  
**101 W. Lombard Street**  
**Baltimore, MD 21201**  
**Tel:  410-962-3190**  
**Fax: 410-962-3177**

June 22, 2021

## LETTER ORDER

TO COUNSEL OF RECORD

    RE:    *USA v. Joseph Liberto*  
            Criminal No. RDB-19-0600

Dear Counsel:

This Letter will confirm the on-the-record telephone conference conducted today in light of today's submissions by the Government and the Defendant.  (ECF Nos. 58, 59.)  In light of additional discovery to be supplied by the Government, as noted in correspondence of this date (ECF Nos. 58, 59), this Court treats the Defendant's letter (ECF No. 58) as a request for a postponement of the presently scheduled trial date of Wednesday, July 7, 2021.

For the reasons set forth on the record, that request is GRANTED.  The Schedule of this case is amended as follows:

1. The Motions hearing scheduled for this Thursday, June 24, 2021 is POSTPONED until this **Friday, June 25, 2021 at 11:00 a.m**.

2. The Pretrial Conference scheduled for Tuesday, June 29, 2021 is POSTPONED until **Monday, September 27, 2021 at 2:00 p.m**.

3. The Jury Trial in this is POSTPONED from Wednesday July 7, 2021 until **Monday, October 4, 2021**.  That jury trial is anticipated to last **2-3 weeks**.

Although informal in format, this letter nonetheless constitutes an order of court

and the Clerk is directed to docket it as such.

Sincerely,

/s/

Richard D. Bennett
United States District Judge