## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**Chambers of**  
**Richard D. Bennett**  
**United States District Judge**  
**Northern Division**

**U.S. Courthouse - Chambers 5D**  
**101 W. Lombard Street**  
**Baltimore, MD 21201**  
**Tel:  410-962-3190**  
**Fax: 410-962-3177**

June 25, 2021

**LETTER ORDER**

TO: COUNSEL OF RECORD

    RE:   *USA v. Joseph Edward Liberto*  
           Criminal No. RDB-19-0600

Dear Counsel:

The Court conducted a Motions Hearing on June 25, 2021 addressing the Government's Motion *In Limine* to Exclude Evidence of Subsequent Revisions by EMCOR to its Supplier Agreement after the Exposure of the Fraudulent Scheme Charged in this Case (ECF No. 50) and the Defendant's Motion *In Limine* to Exclude Evidence of Other Contractors' Subjective Understanding of Their Contracts with EMCOR (ECF No. 51), as well as other pre-trial matters.  This Letter Order summarizes this Court's rulings as set forth on the record in this case.

For the reasons set forth on the record, the Government's Motion *In Limine* to Exclude Evidence of Subsequent Revisions by EMCOR to its Supplier Agreement after the Exposure of the Fraudulent Scheme Charged in this Case (**ECF No. 50**) is **DENIED.** The Defendant's Motion *In Limine* to Exclude Evidence of Other Contractors' Subjective Understanding of Their Contracts with EMCOR **(ECF No. 51) SHALL REMAIN PENDING** to allow for supplemental briefing.  The supplemental briefing schedule is as follows:

2

**Defendant's brief (7-8 pages):**          Friday, July 9, 2021

**Government response (7-8 pages):**     Friday, July 16, 2021

**Defendant's reply (5 pages):**             Wednesday, July 21, 2021


If the Court determines that a hearing is necessary to resolve Defendant's pending Motion *In Limine* to Exclude Evidence of Other Contractors' Subjective Understanding of Their Contracts with EMCOR (ECF No. 51), the hearing shall be scheduled at a later date.

Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.


    Sincerely,

     /s/

    Richard D. Bennett
    United States District Judge