**CHAMBERS OF**                                      **U.S. COURTHOUSE - CHAMBERS 5D**
**RICHARD D. BENNETT**                            **101 W. LOMBARD STREET**
**UNITED STATES DISTRICT JUDGE**                **BALTIMORE, MD 21201**
**NORTHERN DIVISION**                                    **TEL: 410-962-3190**
                                                                                      **FAX: 410-962-3177**

August 23, 2021

<b>LETTER ORDER</b>

**To Counsel of Record**:     *United States of America v. Joseph Edward Liberto*,
                                   Criminal Action No. RDB-19-0600

Dear Counsel:

       This will confirm the off-the-record telephone conference of today with respect to scheduling and the parties' concerns regarding the admissibility of some 67 job files at issue. (ECF Nos. 68, 69, 70, 71.)

       Pursuant to agreement by counsel, the Government shall file its designation of the job files it intends to introduce in its <u>case-in-chief</u> by **Tuesday, August 31, 2021.** Defendant shall file his response with respect to any <u>legal issues</u> attendant to the Government's designation of these job files by **Wednesday, September 15, 2021.** The Government shall file its response thereto by **Tuesday, September 21, 2021.** Defendant shall file his Reply thereto by **Friday, September 24, 2021.**

       On **Monday, September 27 at 2 p.m.,** the Court shall hold an in-person hearing on this issue, to be followed by the Pretrial Conference. The jury trial in this case shall proceed as scheduled on Monday, October 4, 2021.

       Notwithstanding the informal nature of this letter, it is an Order of this Court and the Clerk is directed to docket it as such.

                                                       Sincerely,

                                                                   _____/s/_____
                                                                   Richard D. Bennett
                                                                   United States District Judge