*Updated List*
2022.06.08

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | * | |
|---|---|---|
| | * | CRIMINAL NO. RDB-19-600 |
| v. | * | |
| | * | |
| JOSEPH E. LIBERTO, | * | |
| | * | |
| Defendant. | * | |
| | ****** | |

USDC - BALTIMORE
'22 JUN 10 PM 3:15

## GOVERNMENT'S SENTENCING EXHIBITS

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1(a) | June 9, 2022 | June 9, 2022 | Government fraud loss spreadsheet for Sierra Construction for the years 2016 – 2018, based upon individual file reviews and setting aside certain categories of transactions shown in Exhibit 1(d) |
| 1(b) | June 9, 2022 | June 9, 2022 | Fraud losses associated with transactions in which Sierra Construction used either All Quality HVAC (Earl Post) or Lighting Maintenance (Jeff Bateman) [these transactions are all included in Exhibit 1(a)] |
| 1(c) | June 9, 2022 | June 9, 2022 | Fraud losses associated with transactions in which fraudulent Bob's Bucket Truck or Cox Rental receipts were submitted to EMCOR [these transactions are all included in Exhibit 1(a)] |
| 1(d) | June 9, 2022 | June 9, 2022 | Transactions included in Government's Trial Exhibit 36 that are not included in Government's Sentencing Exhibit 1(a) |
| 1(e) | June 9, 2022 | June 9, 2022 | Fraud percentages for USPS projects assigned by EMCOR to Sierra Construction, based upon file reviews (2016 – 2018) and extrapolated numbers (2014 – 2015) |
| 2 | | | Letter from Government counsel to Defense counsel dated May 15, 2022 explaining transactions included in Exhibit 1(d) |

1

2022.06.08

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 3 | | | Data sheet generated by EMCOR showing total dollar amount of payments received by Sierra Construction on EMCOR-related jobs between 2013 – 2018 |
| 4 | | | Government's Trial Exhibit 33(a), showing key facts and calculated fraud losses on each indictment count |
| 5 | June 8, 2022 | June 8, 2022 | Government's Trial Exhibit 36, showing the loss calculations |
| 6 | JUN - 9 2022 | | Financial Statement of Joe and Jen Liberto |

2